FILED

07/02/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0321

_____

DON DANIELS, as conservator of the Estate of
SARAH DANIELS,

       Plaintiff, Appellee, and
       Cross-Appellant,

  v.

GALLATIN COUNTY, RICK BLACKWOOD,
and ONE BEACON INSURANCE GROUP, LLC,
d/b/a ATLANTIC SPECIALTY INSURANCE
COMPANY,

       Defendants and Appellants.

                                  O R D E R

_____

      Upon defendant Atlantic Specialty Insurance Company's (ASIC) Unopposed Motion to Consolidate, and good cause appearing,

      IT IS HEREBY ORDERED ASIC's Unopposed Motion to Consolidate is GRANTED and Cause Nos. DA 21-0321 and DA 21-0322 are consolidated under DA 21-0321 and captioned as above.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 2 2021